UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEIGH BETH FREBERG,

 Plaintiff,

V

MANISTIQUE PUBLIC SAFETY,
CITY OF MANISTIQUE, MICHIGAN,
OFFICER ERIC DOMBROWSKI, and
OFFICER CRAIG JANKOWSKI.

 Defendants.

Case No:  2:18-cv-00118-GJQ-TPG

HON. GORDON J. QUIST

___

| | |
|---|---|
| Matthew Tompkins (P62665)<br>Thomas A. Kuiper (P47285)<br>Kuiper Orlebeke PC<br>Attorneys for Plaintiff<br>180 Monroe NW, Suite 400<br>Grand Rapids, MI  49503<br>(616) 454-3700<br>tompkins@kolaw.com<br>kuiper@kolaw.com | G. Gus Morris (P32960)<br>McGraw Morris P.C.<br>Attorneys for Defendants<br>2075 W. Big Beaver Road, Suite 750<br>Troy, MI  48084<br>(248) 502-4000<br>gmorris@mcgrawmorris.com<br>craiti@mcgrawmorris.com |

___

**STIPULATED ORDER FOR STAY PENDING RESOLUTION OF PLAINTIFF'S UNDERLYING CRIMINAL CHARGES**

___

NOW COME the parties, Defendants, MANISTIQUE PUBLIC SAFETY, CITY OF MANISTIQUE, OFFICER ERIC DOMBROWSKI and OFFICER CRAIG JANKOWSKI, and Plaintiff, LEIGH BETH FREBERG, by and through their respective counsel, state the following in support of their stipulation for stay pending the resolution of Plaintiff's underlying criminal charges;

1. This matter arises out of an incident on May 4, 2018.

2. As a result of that incident, Plaintiff was charged with reckless driving. Those charges remain pending.

3. Upon information and belief, Plaintiff will be criminally tried on December 12, 2018.

4. The parties have discussed and understand the impact pending criminal charges will have on discovery. Defendants recognize and respect Plaintiff's Fifth Amendment right against self-incrimination, although this stipulation should not be interpreted as any admission or articulation of criminal responsibility by Plaintiff relating to the May 4, 2018 event. As such, the parties will be unable to proceed with discovery and Plaintiff's deposition until Plaintiff's criminal matter is resolved.

5. Therefore, the parties stipulate and agree to stay this case pending the resolution of Plaintiff's criminal case.

IT IS HEREBY ORDERED AND ADJUDGED that this case is stayed pending the resolution of Plaintiff's criminal case.

Dated: October 24, 2018

/s/ Gordon J. Quist
HON. GORDON J. QUIST
United States District Judge

STIPULATED AND AGREED:

KUIPER ORLEBEKE P.C.

BY: /s/MATTHEW TOMPKINS (w/permission)
MATTHEW TOMPKINS (P62665)
Attorney for Plaintiff
180 Monroe NW, Suite 400
Grand Rapids, MI 49503
(616) 454-3700
tompkins@kolaw.com

**McGRAW MORRIS P.C.**

BY: /s/CHRISTOPHER J. RAITI
CHRISTOPHER J. RAITI
Attorney for Defendants
2075 W. Big Beaver Road, Suite 750
Troy, MI 48084
(248) 502-4000
craiti@mcgrawmorris.com